# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| M.G., | : | No. 148 MAL 2017 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| L.D., | : | |
| | : | |
| Respondent | : | |
| | : | |

| | | |
|---|---|---|
| M.G., | : | No. 149 MAL 2017 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| L.D. and C.B.D., | : | |
| Respondents | | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.